**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| SVV TECHNOLOGY INNOVATIONS INC. | § § § | |
| *Plaintiff*, | § § | Civil Action No. 6:22-cv-00639-ADA |
| | § | Civil Action No. 6:22-cv-00640-ADA |
| v. | § § | Civil Action No. 6:22-cv-00641-ADA |
| ACER INC. | § § | JURY DEMANDED |
| *Defendant*. | § § § | |

## JOINT NOTICE REGARDING MODIFICATIONS TO SCHEDULING ORDER

The Parties hereby notify the Court that they have agreed to move certain deadlines that do not impact the Court's schedule as follows:

| Original Deadline | New Deadline | Item |
|---|---|---|
| October 3, 2023 | October 17, 2023 | Close of Fact Discovery. |
| October 10, 2023 | October 24, 2023 | Opening Expert Reports. |
| November 7, 2023 | November 21, 2023 | Rebuttal Expert Reports. |
| November 28, 2023 | December 5, 2023 | Close of Expert Discovery. |
| December 5, 2023 | December 12, 2023 | Deadline for the second of two meet-and-confers to discuss narrowing the number of claims asserted and prior art references at issue to triable limits. To the extent it helps the parties determine these limits, the parties are encouraged to contact the Court's Law Clerk for an estimate of the amount of trial time anticipated per side. The parties shall file a Joint Report within 5 business days regarding the results of the meet-and-confer. |
| December 12, 2023 | December 19, 2023 | Dispositive motion deadline and *Daubert* motion deadline. |

| Original Deadline | New Deadline | Item |
|---|---|---|
| | | See General Issues Note #9 regarding providing copies of the briefing to the Court and the technical adviser (if appointed). |
| December 26, 2023 | | Serve Pretrial Disclosures (jury instructions, exhibits lists, witness lists, discovery and deposition designations). |
| January 9, 2024 | | Serve objections to pretrial disclosures/rebuttal disclosures. |
| January 16, 2024 | | Serve objections to rebuttal disclosures and File Motions *in limine*. |
| January 23, 2024 | | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine* |
| January 30, 2024 | | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| February 8, 2024 | | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |
| February 13, 2024 | | Final Pretrial Conference. |
| March 5, 2024[1] | | Jury Selection/Trial. |

---

[1] If the actual trial date materially differs from the Court's default schedule, the Court will consider reasonable amendments to the case schedule post-*Markman* that are consistent with the Court's default deadlines in light of the actual trial date.

DATED: September 25, 2023              Respectfully submitted and agreed to,

/s/*Robert D. Katz*
Robert D. Katz
Texas Bar No. 24057936
KATZ PLLC
6060 N. Central Expressway, Suite 560
Dallas, TX 75206
214-865-8000
888-231-5775 (fax)
rkatz@katzfirm.com

**ATTORNEY FOR PLAINTIFF**
**SVV TECHNOLOGY INNOVATIONS INC.**

*/s/ Jerry Chen*
Kaiwen Tseng (CA Bar No. 193756)
Craig Kaufman (CA Bar No. 159458)
Jerry Chen (CA Bar No. 229318)
TECHKNOWLEDGE LAW GROUP LLP
20660 Stevens Creek Blvd., Suite 381
Cupertino, CA  95014
Tel: (650) 517-5200
Fax: (650) 562-8054
ktseng@tklg-llp.com
ckaufman@tklg-llp.com
jchen@tklg-llp.com

Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Suite B
Tyler, TX 75703
Tel: (903) 534-1100
M: (903) 571-5723
efindlay@findlaycraft.com
bcraft@findlaycraft.com

**ATTORNEYS FOR DEFENDANT**
**ACER INC.**