UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SVV TECHNOLOGY INNOVATIONS INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:22-CV-00639-ADA |
| | § | WA:22-CV-00640-ADA |
| ACER INC. | § | WA:22-CV-00641-ADA |

## ORDER RESETTING JURY SELECTION AND TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered cases are reset for **JURY SELECTION AND TRIAL** in District Courtroom #1, on the Third Floor of the United States Courthouse, 800 Franklin Ave, Waco, TX, on **Monday, June 03, 2024 at 09:00 AM**.

IT IS SO ORDERED this 6th day of February, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE