IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SVV TECHNOLOGY INNOVATIONS, INC., | § § | Civil Action No.  6:22-cv-00639-ADA |
| *Plaintiff*, | § | Civil Action No.  6:22-cv-00640-ADA |
| v. | § § | Civil Action No.  6:22-cv-00641-ADA |
| ACER INC., | § | |
| *Defendant*. | § § | |

**DEFENDANT ACER INC.'S NOTICE OF REQUEST FOR DAILY TRANSCRIPTS AND REAL TIME REPORTING**

Pursuant to the Parties' Joint Notice Regarding Modifications to Scheduling Order (Dkt. No. 85), Defendant Acer Inc. hereby provides notice to the Court of its request for a daily transcript and real time reporting during the proceedings in this matter.  This notice is timely under the Docket Control Order.

A copy of this Notice is being provided *via* email to the Court Reporter, Ms. Kristie Davis at kmdaviscsr@yahoo.com.

Dated: April 2, 2024

Respectfully submitted,

*/s/ Eric H. Findlay*
Kaiwen Tseng (CA Bar No. 193756)
Craig Kaufman (CA Bar No. 159458)
Jerry Chen (CA Bar No. 229318)
TECHKNOWLEDGE LAW GROUP LLP
20660 Stevens Creek Blvd., Suite 381
Cupertino, CA  95014
Tel: (650) 517-5200
Fax: (650) 562-8054
ktseng@tklg-llp.com
ckaufman@tklg-llp.com
jchen@tklg-llp.com

        Eric H. Findlay
        State Bar No. 00789886
        Brian Craft
        State Bar No. 04972020
        FINDLAY CRAFT, P.C.
        7270 Crosswater Avenue, Suite B
        Tyler, TX 75703
        903-534-1100
        903-534-1137 Fax

        **ATTORNEYS FOR DEFENDANT**
        **ACER INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 2, 2024, a true and correct copy of the above and foregoing document has been served by CM/ECF.

        */s/ Eric H. Findlay*
        Eric H. Findlay