IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| SVV TECHNOLOGY INNOVATIONS INC. | § § § | |
| *Plaintiff*, | § § | Civil Action No. 6:22-cv-00639-ADA |
| v. | § § | Civil Action No. 6:22-cv-00640-ADA |
| | § | Civil Action No. 6:22-cv-00641-ADA |
| ACER INC. | § § | **JURY DEMANDED** |
| *Defendant*. | § § § | |

**PLAINTIFF'S NOTICE OF REQUEST FOR DAILY TRANSCRIPT AND
REAL TIME REPORTING OF COURT PROCEEDINGS**

Plaintiff SVV Technology Innovations, Inc. ("Plaintiff" or "SVVTI") files this Notice of Request for Daily Transcript and Real Time Reporting of Court Proceedings, as follows:

Pursuant to the Court's Standing Order Governing Proceedings in Patent Cases, Plaintiff respectfully provides notice to the Court of its request for daily transcripts and real time reporting of the court proceedings for trial in this matter. Pursuant to the Court's Order referenced above, Plaintiff will provide this notice to kmdaviscsr@yahoo.com upon filing.

DATED: April 2, 2024                                     Respectfully submitted,

/s/*Warren J. McCarty III*
Warren J. McCarty

Bradley W. Caldwell
Texas Bar No. 24040630
Email: bcaldwell@caldwellcc.com
Warren J. McCarty, III
Texas State Bar No. 24107857
Email: wmccarty@caldwellcc.com
Robert Seth Reich Jr.
Texas Bar No. 24088283
Email: sreich@caldwellcc.com
Daniel R. Pearson
Texas Bar No. 24070398
Email: dpearson@caldwellcc.com
John F. Summers
Texas Bar No. 24079417
Email: jsummers@caldwellcc.com
Aisha M. Haley (admitted pro hac vice)
D.C. Bar No. 1034110
Email: ahaley@caldwellcc.com
Bjorn A. Blomquist (admitted pro hac vice)
Texas State Bar No. 24125125
Email: bblomquist@caldwellcc.com
**CALDWELL CASSADY CURRY**
2121 N. Pearl St., Suite 1200
Dallas, Texas 75201
Telephone: (214) 888-4848
Facsimile: (214) 888-4849

Robert D. Katz
Texas Bar No. 24057936
**KATZ PLLC**
6060 N. Central Expressway, Suite 560
Dallas, TX 75206
214-865-8000
888-231-5775 (fax)
rkatz@katzfirm.com

**ATTORNEYS FOR PLAINTIFF
SVV TECHNOLOGY INNOVATIONS INC.**

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 2, 2024 a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5.  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases, Western District of Texas, Section 14.

                                          /s/*Warren J. McCarty III*
                                          Warren J. McCarty