# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| SVV TECHNOLOGY INNOVATIONS INC. | § | |
| | § | |
| vs. | § | NO:  WA:22-CV-00639-ADA |
| | § | |
| ACER INC. | § | |

## ORDER SETTING ZOOM STATUS CONFERENCE

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for STATUS CONFERENCE by Zoom on April 19, 2024 at 02:00 PM.

IT IS SO ORDERED this 18th day of April, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE